UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Tom Hinkley<br><br>Plaintiff(s)<br><br>vs.<br><br>Lincoln National Life Insurance Company<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CONSENT/REASSIGNMENT FORM**<br><br>Case No. 3:19-cv-00269-ARS |

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is mandatory.

**Consent** ☑ **Reassignment** ☐

| | |
|---|---|
| Tom Hinkley | |
| Party(ies) Represented | Party(ies) Represented |
| /s/ *Mac Schneider* | /s/ |
| Attorney Signature | Attorney Signature |
| December 10, 2019 | |
| Date | Date |

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov