**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | |
|---|---|
| TOM HINKLEY,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 3:19-cv-00269-ARS<br><br>**JOINT MOTION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

COMES NOW Plaintiff Tom Hinkley ("Hinkley") and Defendant[1] Lincoln National Life Insurance Company ("Lincoln") (collectively, the "Parties"), file this Joint Motion Regarding Deadline to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on December 6, 2019. Liberty Life must file its Answer or otherwise respond by January 3, 2020.

2. The Parties request an extension for Lincoln to respond to or answer Plaintiff's Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. Further, the Parties are discussing a resolution of the case and want to save both the Court's resources and the Parties' time and expense of filing briefs if the case will be resolved through settlement. Accordingly, the Parties respectfully request that the Court enter an order that Lincoln have until and including February 3, 2020, to answer or otherwise respond to Plaintiff's Complaint.

---

[1] The correct name of the Defendant in this action is Lincoln Life Assurance Company of Boston (formerly known as Liberty Life Assurance Company of Boston).

3. This Joint Motion Regarding Deadline to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request that the Court enter an order that Lincoln shall have until and including February 3, 2020, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 2nd day of January 2020.

Respectfully submitted,

**SCHNEIDER, SCHNEIDER & SCHNEIDER**

/s/ Mac Schneider (with permission)

Mac Schneider (North Dakota ID No. 06476)
815 Third Avenue South
Fargo, ND 58103
PH: (701) 235-4481
Fax: (701) 235-1107
Email: mac@schneiderlawfirm.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar No. 16452560)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of North Dakota, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Mac Schneider
Email: mac@schneiderlawfirm.com

January 2, 2020 /s/ Iwana Rademaekers
Date Iwana Rademaekers