UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

TOM HINKLEY,

Plaintiff(s)

vs.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant(s).

**CONSENT/REASSIGNMENT FORM**

Case No. 3:19-cv-00269-ARS

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is mandatory.

**Consent** ☐

**Reassignment** ☑

Defendant, LINCOLN NATIONAL LIFE INSURANCE COMPANY

Party(ies) Represented

Party(ies) Represented

/s/

Attorney Signature

/s/ *Iwana Rademaekers*

Attorney Signature

Date

February 4, 2020

Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov