**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | |
|---|---|
| TOM HINKLEY,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, F/K/A LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CIVIL ACTION NO. 3:19-cv-00269-ARS<br><br>**DEFENDANT'S STATEMENT OF CORPORATE DISCLOSURE** |

Defendant, Lincoln Life Assurance Company of Boston, f/k/a Liberty Life Assurance Company of Boston, by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure files this statement of corporate disclosure and states:

Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) is a nongovernmental corporate party with the following parent corporation(s):

The Lincoln National Life Insurance Company
Lincoln National Corporation

Lincoln Life Assurance Company of Boston is a wholly owned subsidiary of The Lincoln National Life Insurance Company, an Indiana insurance company. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Dated: March 4, 2020

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar No. 16452560)
14785 Preston Road, Suite 550

Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of North Dakota, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Mac Schneider
Email: mac@schneiderlawfirm.com

March 4, 2020 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers