UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Tom Hinkley

v. Case No: 3:19-CV-269

Lincoln Life Assurance Company of Boston

**CLERK'S MINUTES**
Proceeding: Scheduling Conference
(via telephone)

Presiding Judge: U.S. Magistrate Judge Alice Senechal
Deputy Clerk: Lisa Clark
Law Clerk: Amy Strankowski
Digital Recorder: (hearing not recorded)

Date: Wednesday, April 15, 2020
Time: 11:00am
Recess: 11:11am

---

Counsel for Plaintiff: McLain Schneider
Counsel for Defendant: Iwana Rademaekers

---

Court calls case and counsel enter appearances.
Plaintiff provides summary of case.

Court reviews proposed scheduling plan.
Discussion held regarding administrative record.

Mid-discovery status conference via telephone set for July 9, 2020 at 9am.
Bench trial set for May 11, 2021 before Judge Welte. Counsel estimates 1-2 days for trial.
Final pretrial conference set for April 27, 2021 at 2pm.

Orders to be filed.

Recess.