IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| TOM HINKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | **PLAINTIFF'S STIPULATED** |
| | ) | **MOTION FOR LEAVE TO FILE** |
| LINCOLN NATIONAL LIFE | ) | **AMENDED COMPLAINT** |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Tom Hinkley respectfully moves the Court for leave to file an Amended Complaint adding CC Industries, Inc., the sponsor and administrator of the employee welfare benefit plan at issue in this case, as well as the plan itself, the Henry Crown & Company and Affiliates Health and Welfare Benefit Plan, as Defendants. This motion, which is stipulated to by Defendant Lincoln National Life Insurance Company, is supported by the contemporaneously filed Memorandum in Support.

Dated this 12 day of May, 2020.

/s/ Mac Schneider
Mac Schneider
ND ID: 06476
Attorney for Plaintiff
Schneider Law
815 Third Avenue South
Fargo, ND 58103
(701) 235-4481
(701) 235-1107 (fax)
mac@schneiderlawfirm.com

1