IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| TOM HINKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **MEMORANDUM IN SUPPORT OF** |
| | ) | **PLAINTIFF'S STIPULATED** |
| | ) | **MOTION FOR LEAVE TO FILE** |
| LINCOLN NATIONAL LIFE | ) | **AMENDED COMPLAINT** |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Tom Hinkley respectfully moves the Court for leave to file an Amended

Complaint adding CC Industries, Inc., the sponsor and administrator of the employee

welfare benefit plan at issue in this case, and the Henry Crown & Company and Affiliates

Health and Welfare Benefit Plan, the plan itself,  as Defendants.

The Court may permit a party to amend the pleadings when justice so requires.

Fed. R. Civ.P.15(a)(2). It is generally left to a court's discretion whether to grant leave to

file an amended pleading. Gamma-10 Plastics, Inc. v. Am. President Lines, Ltd., 32 F.3d

1244, 1255 (8th Cir. 1994); Williams v. Little Rock Mun. Water Works, 21 F.3d 218, 224

(8th Cir. 1994); Brown v. Wallace, 957 F.2d 564, 566 (8th Cir. 1992). "Unless there is a

good reason for denial, 'such as undue delay, bad faith, or dilatory motive, repeated

failure to cure deficiencies by amendments previously allowed, undue prejudice to the

non-moving party, or futility of the amendment, leave to amend should be granted.'"

Becker v. Univ. of Neb. at Omaha, 191 F.3d 904, 907-08 (8th Cir. 1999) (original citation

omitted). Although a party does not have an absolute right to amend a pleading, such motion should only be denied on the merits if it asserts clearly frivolous claims or defenses. See id. at 908 (citing Williams, 21 F.3d at 224 and Gamma-10 Plastics, Inc., 32 F.3d at 1255).

Here, Plaintiff's stipulated motion for leave should respectfully be granted as it is timely brought in good faith for purposes of adding the sponsor and administrator of the plan – and the plan itself – given that they govern collection of premiums and payment of the long-term disability benefits which gave rise to this action. In the time since the filing of the Complaint in this matter, Plaintiff's investigation indicates that adding these parties is necessary to ensure complete relief to Plaintiff. Because there are no reasons such as undue delay, bad faith, or prejudice to either the existing Defendant or the prospective defendants, the Court should respectfully grant Plaintiff's Motion for Leave to File an Amended Complaint.

Dated this 12th day of May, 2020.

/s/ Mac Schneider
Mac Schneider
ND ID: 06476
Attorney for Plaintiff
Schneider Law
815 Third Avenue South
Fargo, ND 58103
(701) 235-4481
(701) 235-1107 (fax)
mac@schneiderlawfirm.com

2