IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Tom Hinkley, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:19 –cv-269 |
| | ) | |
| vs. | ) | |
| | ) | |
| Lincoln National Life | ) | **AFFIDAVIT OF SERVICE BY** |
| | ) | **CERTIFIED MAIL, RETURN** |
| Insurance Company, | ) | **RECEIPT REQUESTED** |
| | ) | |
| and | ) | |
| | ) | |
| CC Industries Inc. | ) | |
| | ) | |
| Defendant. | ) | |

Ashley Jordet, being first duly sworn, deposes and says that she is of legal age and that on May 14, 2020, she served the attached:

1. Summons;
2. Complaint.

by placing a copy in an envelope addressed as follows:

CC Industries, Inc.
222 North LaSalle, Suite 1000
Chicago, IL 60601

Secretary of CC Industries, Inc.
c/o Gould and Ratner
222 North LaSalle, Suite 800
Chicago, IL 60601

and depositing the same, with postage prepaid, return receipt requested in the United States mail at Fargo, North Dakota.

Ashley Jordet

Subscribed and sworn to before me this 14th day of May 2020.

Notary Public, Cass County, ND
My Commission Expires:

CINDY R. NORTON
Notary Public
State of North Dakota
My Commission Expires Aug. 23, 2021