**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| TOM HINKLEY<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON f/k/a LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al. | ) | **MOTION TO APPEAR PRO HAC VICE**<br><br>**Case No.** 19 CV 00269 |

---

Eric P. Sparks , an attorney for CC Industries, Inc. and Henry Crown & Company Benefit Plan moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | 1. Supreme Court of Illinois (Illinois License No. 6279842)<br>2. U.S. District Court for the Northern District of Illinois<br>3. U.S. Court of Appeals, Seventh Circuit<br>4. U.S. District Court for Colorado<br>5. U.S. Tax Court<br>6. U.S. Court of Federal Claims |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 12th day of June .

*/s/ Eric P. Sparks*

Attorney for CC Industries, Inc., and Henry Crown & Company and Affilliates Health and Welfare Benefit Plan.

**CERTIFICATE OF SERVICE**

I, Eric P. Sparks, an attorney, hereby certify that I electronically filed the foregoing *Motion to Appear Pro Hac Vice* with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record electronically.

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road
Suite 550
Dallas, TX 75254
iwana@rademaekerslaw.com

McLain J. Schneider
Schneider, Schneider & Schneider
815 3rd Ave. S.
Fargo, ND 58103
mac@schneiderlawfirm.com

Dated: June 12, 2020

/s/ Eric P. Sparks