**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | |
|---|---|
| TOM HINKLEY,<br><br>      Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, F/K/A LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, CC INDUSTRIES, INC., and HENRY CROWN & COMPANY AND AFFILIATES HEALTH AND WELFARE BENEFIT PLAN,<br><br>      Defendants. | CIVIL ACTION NO. 3:19-cv-00269-ARS<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Tom Hinkley and Defendants Lincoln Life Assurance Company of Boston f/k/a Liberty Life Assurance Company of Boston, CC Industries, Inc., and the Henry Crown & Company and Affiliates Health and Welfare Benefit Plan file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 10th day of August, 2020.

Respectfully submitted,

**SCHNEIDER LAW**

 /s/ Mac Schneider
Mac Schneider  (ND ID No. 06476)
815 Third Avenue South
Fargo, ND  58103
PH:  (701) 235-4481
Fax:  (701) 235-1107
Email:  mac@schneiderlawfirm.com

*Attorney for Plaintiff*

**- AND -**

**LAW OFFICES OF IWANA
RADEMAEKERS, P.C.**

 /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

*Attorney for Defendant Lincoln Life Assurance
Company of Boston f/k/a Liberty Life Assurance
Company of Boston*

**AND**

**GOULD & RATNER LLP**

 /s/ Eric P. Sparks
Eric P. Sparks (Illinois Bar # 6279842)
Justin W. Hanson (Illinois Bar # 6309187)
222 North LaSalle Street
Suite 300
Chicago, IL 60601
PH:  (312) 899-1636
Email:  esparks@gouldratner.com
Email:  jwhanson@gouldratner.com

*Attorneys for Defendants CC Industries, Inc. and
Henry Crown & Company and Affiliates Health and
Welfare Benefit Plan*