# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tom Hinkley,  )<br> )<br>Plaintiff,  )<br> )<br>vs.  )<br> )<br>Lincoln Life Assurance Company of  )<br>Boston, f/k/a Liberty Life Assurance  )<br>Company of Boston, CC Industries, Inc.,  )<br>and Henry Crown & Company and  )<br>Affiliates Health and Welfare Benefit Plan,  )<br> )<br>Defendants.  ) | **ORDER ADOPTING STIPULATION**<br><br>Case No. 3:19-cv-269 |

Before the Court is a "Stipulation for Dismissal with Prejudice" filed on August 10, 2020. Doc. No. 33. The Court **ADOPTS** the stipulation (Doc. No. 33) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs, expenses, and fees.

**IT IS SO ORDERED**.

Dated this 12th day of August, 2020.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court